UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
11 JUL 12 PM 3:16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 73CR1555 |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| THOMAS LOPEZ-MENDOZA (2), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

XX the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

XX of the offense(s) as charged in the Indictment:

18:751 - ESCAPE

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 2, 2011

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE